Claude David CHASTAIN, on behalf of himself and all others similarly situated, Plaintiff–Appellant,

v.

N.S.S. ACQUISITION CORP., d.b.a. Bev Smith Toyota, Defendant–Appellee.

No. 09–14157

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 12, 2010.

Raymond G. Ingalsbe, Raymond G. Ingalsbe, P.A., Palm Beach Gardens, FL, for Plaintiff–Appellant.

Nancy Wood Gregoire, Kirschbaum, Birnbaum, Lippman & Gregoire, Ft. Lauderdale, FL, for Defendant–Appellee.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Plaintiff–Appellant Claude David Chastain brought a putative class action against N.S.S. Acquisition Corp. d/b/a Bev Smith Toyota alleging violations of the Truth in Lending Act, the Florida Motion Vehicle

Retail Sales Finance Act, the Equal Credit Opportunity Act, and the Florida Deceptive and Unfair Trade Practice Act. The district court dismissed the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (R.1–20.)

Appellant's brief acknowledges that this case "is a virtual mirror image of *Hunter v. Bev Smith Ford, LLC*," a putative class action that was dismissed by the district court and was pending on appeal at the time this appeal was briefed. (Appellant's Br. at 11.) And, Appellant makes no additional arguments to those made in the *Hunter* appeal as to why the district court erred when it dismissed his complaint.

Since this appeal was briefed, a panel of this court heard oral argument in *Hunter* and issued an opinion affirming the dismissal of that case. *Hunter v. Bev Smith Ford, LLC*, 353 Fed.Appx. 218 (11th Cir. 2009). In this case, as we did in *Hunter*, we reject Appellant's arguments and affirm.

AFFIRMED.